**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    NATIONAL DEFAULT SERVICING
    CORP. (NDSC)
    7720 N. 16TH STREET
    SUITE 300
    PHOENIX, ARIZONA 85620

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☒ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery  5-2-16

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7008 1300 0000 9914 1993

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE
First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

AZ 852
03 MAY '16

• Sender: Please print your name, address, and ZIP+4 in this box •

Clerk, U.S. District
District of Nevada
Lloyd D. George U.S.
333 Las Vegas Blvd. So. - Rm 1334
Las Vegas, NV. 89101

2:16-CV-00023-RFB-NJK

FILED
ENTERED
COUNSEL/PARTIES OF RECORD
RECEIVED
SERVED ON

MAY 5 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY