UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT LAFAYETTE,<br><br>           Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>           Defendants. | Case No. 2:16-cv-00023-RFB-NJK<br><br>ORDER GRANTING JOINT MOTION TO STAY DISCOVERY<br><br>(Docket No. 21) |

Pending before the Court is the parties' joint motion to stay discovery pending resolution of Defendant Wells Fargo's motion to dismiss with prejudice. Docket No. 21; *see also* Docket No. 5 (motion to dismiss). The Court finds the matter properly resolved without oral argument. *See* Local Rule 78-2. For the reasons discussed below, the motion to stay is hereby **GRANTED**.

"The Federal Rules of Civil Procedure do not provide for automatic or blanket stays of discovery when a potentially dispositive motion is pending." *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011). The case law in this District makes clear that requests to stay all discovery may be granted when: (1) the pending motion is potentially dispositive; (2) the potentially dispositive motion can be decided without additional discovery; and (3) the Court has taken a "preliminary peek" at the merits of the potentially dispositive motion and is convinced that the plaintiff will be unable to state a claim for relief. *See Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013).[1]

---

[1] Conducting this preliminary peek puts the undersigned in an awkward position because the assigned district judge who will decide the motion to dismiss may have a different view of its merits. *See Tradebay*,

Having reviewed the underlying motion to dismiss, the Court finds that these elements are present in this case and **GRANTS** the motion to stay discovery. Docket No. 21. If the motion to dismiss is not granted in full, the parties shall file a proposed discovery plan within seven days of the issuance of the order resolving the motion to dismiss.

IT IS SO ORDERED.

DATED: July 6, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge

---

278 F.R.D. at 603. The undersigned's "preliminary peek" at the merits of that motion is not intended to prejudice its outcome. *See id.*