Robert Lafayette, Plaintiff
c/o 9578 Adobe Arch Court
Las Vegas, Nevada [89148]
702.497.7493

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 18 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                        DEPUTY

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ROBERT LAFAYETE

Plaintiff,

vs.

WELLS FARGO BANK NATIONAL
ASSOCIATION,

NATIONAL DEFAULT SERVICING
CORPORATION

Defendants.

Case No:2:15-cv-00023-RFB-NJK

**PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION FOR ORDER
SHORTENING**

**TO THE HONORABLE JUDGE OF THIS COURT;**

**COMES NOW** Plaintiff Robert Lafayette, who hereby submits his Opposition to
Defendant WELLS FARGO BANK N.A. Motion for Order Shortening and states
as follows: WELLS FARGO BANK N.A. is a debt collector and not a creditor
pursuant to 15 USC§1692, FDCPA. Defendant received an assignment or transfer
of debt after the debt was in default clearly making them a debt collector, not a
creditor, only a creditor can threaten foreclosure. See Fair Debt Collection

- 1 -
**PLAINTFF'S OPPOSITION TO DEFENDANTS MOTION FOR ORDER SHORTENING**

1  Practices Act U.S.C. Title 15 Section §1692(a)(4) "The term Creditor means any
2  person who offers or extends credit creating a debt or to whom a debt is owed, but
3  such term does not include any person to the extent that he receives an assignment
4  or transfer of a debt in default solely for the purpose of facilitating collection of
5  such debt for another.

6                                        Respectfully  Submitted
7
8                                        Robert Lafayette, *Consumer Plaintiff*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTFF'S OPPOSITION TO DEFENDANTS MOTION FOR ORDER SHORTENING

1
2
3
4

**CERTIFICATE OF SERVICE**

5
6
7

I hereby certify that true and correct copy of the foregoing document was served by placing it in a sealed envelope, First Class Mail postage fully prepaid, in the U.S. Mail and addressed, then mail to:

8

*Attorney for Defendant*

9
10
11
12

LAUREL HANDLEY
JORY GARABEDIAN
ALDRIDGE PITE, LLP
520 S. 4TH ST #360
Las Vegas, Nevada. 89101

13
14
15

Date Signed   *8 - 18 - 2016*

16
17
18
19

/s/ _Robert L. Taylor_

20
21
22
23
24
25
26
27

- 3 -

28